MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
OLSON CANNON GORMLEY & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone: (702) 384-4012
Facsimile: (702) 383-0701
mfederico@ocgas.com

Attorney for Defendant
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \*

MARIA DIAZ, an individual, ) CASE NO.: 2:19-cv-01024-KJD-DJA
) 
            Plaintiff, )
)
vs. )
)
COSTCO WHOLESALE CORPORATION,)
a foreign corporation; DOE EMPLOYEE; )
DOES I through XXX, inclusive and ROE )
BUSINESS ENTITIES I through XXX, )
inclusive, )
            Defendants. )

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their respective parties, that the above-captioned action COSTCO WHOLESALE CORPORATION be dismissed with prejudice, each party to bear their own costs and attorney's fees; and

///

///

///

IT IS FURTHER STIPULATED that no trial date has been scheduled in this case. ber 13, 2017, and the Calendar Call, currently set for November 7, 2017, be vacated.

DATED this 8th day of September, 2020.    DATED this __ day of _____, 2020.

LADAH LAW FIRM                              OLSON CANNON GORMLEY & STOBERSKI

_____                   _____
CARL R. HOUSTON, ESQ.                       MICHAEL A. FEDERICO, ESQ.
Nevada Bar No.: 11161                       Nevada Bar No.: 005946
517 S. Third Street                         9950 West Cheyenne Avenue
Las Vegas, Nevada 89101                     Las Vegas, Nevada 89129
Attorney for Plaintiff                      Attorney for Defendant

## ORDER OF DISMISSAL WITH PREJUDICE

IT IS SO ORDERED this 9th day of October, 20 20.

_____
DISTRICT COURT JUDGE

Submitted by:

OLSON CANNON GORMLEY & STOBERSKI

_____
MICHAEL A. FEDERICO, ESQ.
Nevada Bar No.: 005946
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorney for Defendant
COSTCO WHOLESALE CORPORATION

IT IS FURTHER STIPULATED that no trial date has been scheduled in this case.

DATED this ___ day of _____, 2020.    DATED this 8th day of October, 2020.

LADAH LAW FIRM                              OLSON CANNON GORMLEY & STOBERSKI

                                            /s/ Michael A. Federico, Esq.

_____                 _____
CARL R. HOUSTON, ESQ.                       MICHAEL A. FEDERICO, ESQ.
Nevada Bar No.: 11161                       Nevada Bar No.: 005946
517 S. Third Street                         9950 West Cheyenne Avenue
Las Vegas, Nevada 89101                     Las Vegas, Nevada 89129
Attorney for Plaintiff                      Attorney for Defendant

## ORDER OF DISMISSAL WITH PREJUDICE

IT IS SO ORDERED this ____ day of _____, 20____.

_____
DISTRICT COURT JUDGE

Submitted by:

OLSON CANNON GORMLEY & STOBERSKI

/s/ Michael A. Federico, Esq.
_____
MICHAEL A. FEDERICO, ESQ.
Nevada Bar No.: 005946
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorney for Defendant
COSTCO WHOLESALE CORPORATION

2